# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ASHLEY DREW JONES aka "Jonse" | ) ) ) | Case No.  2:18-CR- 188 |
| Defendant | ) | |

RECEIVED BY: May
DATE: 12.12.2018　　TIME: 9:00
U.S. MARSHAL  E/TN
GREENEVILLE, TN

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ASHLEY DREW JONES aka "Jonse",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment　☐ Superseding Indictment　☐ Information　☐ Superseding Information　☐ Complaint
☐ Probation Violation Petition　☐ Supervised Release Violation Petition　☐ Violation Notice　☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(A)
Knowingly, intentionally, distributing, 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)

Date: 12-11-18

*Issuing officer's signature*

City and state:  Greeneville, Tennessee　　　　JOHN L. MEDEARIS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 12/12/18, and the person was arrested on *(date)* 1/25/19
at *(city and state)* Strawberry Plains, TN.

Date: 1/25/19

*Arresting officer's signature*

DUSM M. KAASE
*Printed name and title*