UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 2:18-CR-188 |
| | ) | |
| ASHLEY DREW JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant has filed a Motion to Continue [Doc. 12]. Defendant avers that additional time is needed to review discovery and allow investigation to be completed to assist in the determination as to whether or not pretrial motions should be filed and to determine the proper resolution of the case. The United States did not oppose the motion.

For those reasons and reasons stated on the record, Defendant has shown good cause to grant the relief requested in the motion. Notwithstanding the exercise of due diligence, counsel has not had sufficient time to discuss the case and review the discovery with Defendant. As a result, counsel has not had a reasonable amount of time in which to prepare adequately for the trial itself or even to determine the need to file pretrial motions. Defendant's motion is **GRANTED**.

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
|---|---|
| Trial Date | **June 4, 2019, at 9:00 a.m.** <br> **U.S. District Judge Pamela L. Reeves** |
| Estimated length of trial | **2 days** |
| Final Pretrial Conference/Motion Hearing | **May 8, 2019, at 1:30 p.m.** |
| Defendant's Pretrial Motions Due: | **April 22, 2019** |

| Government's Responses Due: | **May 6, 2019** |
|---|---|
| Plea Deadline | **May 21, 2019** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If Defendant and the United States enter into plea negotiations which prove successful, a fully-executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Clifton L. Corker
United States Magistrate Judge